### UNITED STATES of America Plaintiff—Appellee,

v.

### Alfredo GUERRA Defendant— Appellant.

### No. 03–40060.
### Summary Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2003.

Before KING, Chief Judge, and DAVIS and BARKSDALE, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM.*

The Federal Public Defender, court-appointed counsel for Alfredo Guerra, has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guerra has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous appellate issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. 5TH CIR. R. 42.2.